In the Matter of IMANI J., a Child Alleged to be Permanently Neglected. MONIQUE J., Appellant; CHILDREN'S AID SOCIETY et al., Respondents.

Submitted July 10, 2006; decided September 21, 2006

Motion, insofar as it seeks leave to appeal from that part of the Appellate Division order that affirmed Family Court's denial of appellant's motion to vacate the order of disposition, dismissed upon the ground that such portion of the order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied. Motion for poor person relief dismissed as academic.

In the Matter of ROBERT H. ROTERING, JR., Appellant, v SUSAN C. ROTERING, Respondent.

Submitted July 17, 2006; decided September 21, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument or, in the alternative, leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.

In the Matter of MATTHEW A. SIEGEL (Admitted as MATTHEW ALLEN SIEGEL), a Disbarred Attorney.

Submitted August 28, 2006; decided September 21, 2006

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying appellant's motion for clarification of the decision and order denying reinstatement, an extension of time to seek reargument and/or renewal of his application for reinstatement, and/or leave to appeal to the Court of Appeals, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution; motion for leave to appeal otherwise denied.